# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 83 WAL 2016
                                :

           Respondents          :      Petition for Allowance of Appeal from
                                :      the Order of the Superior Court
                                :

                 v.                      :
                                :
                                :

ROBERT SANDS,                    :
                                :
           Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.